# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
APR 16 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>BRANDON HOPKINS<br><br>*Defendant(s)* | Case No.<br><br>1:18 MJ 00059 SAB<br><br>~~UNDER SEAL~~ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 5, 2018_____ in the county of _____Fresno_____ in the _____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with intent to distribute methamphetamine, cocaine and marijuana. |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
Complainant's signature

SA Joshua B. Copeland
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/15/2018

_____
Judge's signature

City and state: Fresno, California.

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON HOPKINS | CASE NO.<br><br>AFFIDAVIT OF DEA SPECIAL AGENT JOSHUA COPELAND IN SUPPORT OF COMPLAINT |

### EXPERTISE, TRAINING AND EXPERIENCE OF THE AFFIANT

I, Joshua Copeland, being sworn, depose, and state the following:

1. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516, and Title 21, United States Code.

2. I am a Special Agent (SA) with the U.S. Drug Enforcement Administration (DEA), assigned to the Fresno Area Surveillance Team (FAST), and have been so employed since May 2014. During this time, I have completed an eighteen-week training Academy in Quantico, Virginia. This training included the investigation of violations of Title 21, United States Code, Sections 841(a)(1) and 846. In addition, I have received special training in the methods used by drug traffickers to illegally produce methamphetamine. I was a police officer for the Gwinnett County Police Department in Georgia for four years prior to being employed by DEA. During that time, I worked drug investigations as a patrol officer before being assigned to the Narcotics Unit. Based on my experience and training, I have become knowledgeable regarding tactics employed by drug traffickers to manufacture, transport, distribute and conceal illegal drugs.

3. This affidavit is made to support a complaint charging Brandon HOPKINS with Possession with the Intent to Distribute approximately 170 grams of suspected crystal

COMPLAINT AFFIDAVIT

methamphetamine, 226 grams of suspected powder cocaine, and 3 pounds of marijuana, within the Eastern District of California, a violation of Title 21 United States Code, Section 841(a)(1).

## PROBABLE CAUSE

4. On April 6, 2018, I learned the following information from TFO Dean Cardinale. On April 5, 2018, at approximately 11:00 PM, Fresno Police Sergeant D. Zavala and Fresno Police Officer Alcorn observed a black BMW, bearing California license plate 7ZWV139, stopped in the roadway, in a lane of traffic, near the intersection of North West Avenue and West Bullard Avenue, in Fresno, California. Sergeant Zavala initiated contact with the BMW, and the driver appeared to be unconscious. Sergeant Zavala's marked patrol vehicle was parked behind the BMW with the emergency lights activated. Sergeant Zavala attempted to make contact with the driver of the BMW by knocking on the driver side window. The driver looked directly at Sergeant Zavala, in full police uniform, and then quickly accelerated the vehicle and fled from the scene. Sergeant Zavala and Officer Alcorn began pursuit of the driver, who they observed to be driving recklessly, with speeds in access of 100 mph on city streets and disregarding traffic signals. A Fresno Police helicopter joined the pursuit and observed the vehicle arrive at 3110 West Richert Avenue. A white male adult was observed fleeing from the vehicle. A perimeter was established, but the driver was not located. Officers conducted an inventory search of the abandoned vehicle. Officers located paperwork belonging to Brandon HOPKINS. Officers also located three heat sealed bags containing suspected marijuana, based on its odor and appearance and the training and experience of the officers. In addition, officers located two scales and several bags containing both white powdery substance and white crystalline substance. Based on the officer's training, experience, the behavior of the driver, and the other items found within the vehicle, they believed the substances to be cocaine and methamphetamine.[1] Officers located sheets of paper containing notations resembling accounting logs, referencing names and dollar amounts. I know based on my training and experience, these notes are commonly referred to as "pay-owe" sheets, which drug dealers maintain to keep an account of drug transactions.

---

[1] A presumptive test of the suspected narcotics was not conducted due to a DEA Policy that prohibits the field testing of any suspected narcotics due to the possibility that the substance is fentanyl which is a highly potent and deadly drug that can cause death if only small amounts are inhaled through the lungs.

1    5.    A Fresno Police Records Management System (RMS) inquiry of the name Brandon HOPKINS revealed HOPKINS having association to 3120 West Richert Avenue. This residence was in close proximity to where the BMW was abandoned. Sergeant Zavala, who had observed the driver of the BMW, viewed a prior booking photograph of HOPKINS and positively identified HOPKINS as the driver. Additionally, Sergeant Zavala reviewed the body camera footage from the stop and positively identified the driver as HOPKINS.

6.    Based on the information in this affidavit, I believe there is probable cause that Brandon HOPKINS did knowingly and intentionally conspire to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).

//
//

COMPLAINT AFFIDAVIT                           3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Joshua B. Copeland
Special Agent, DEA

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS ____ DAY OF April, 2018.

Hon. Stanley A. Boone
U.S. Magistrate Judge

Approved as to content and form:

/s/ Vincenza Rabenn
Vincenza Rabenn
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                             4

## United States v. Brandon HOPKINS
## Penalties for Criminal Complaint

**Defendant**
**BRANDON HOPKINS**

## COUNT 1:

VIOLATION:     21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute over 5 Grams of Methamphetamine (actual), or 50 Grams of a Mixture or Substance Containing Methamphetamine

PENALTIES:     Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:   all Defendants

VIOLATION:     21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:     As stated in the charging document